# Order

Michigan Supreme Court
Lansing, Michigan

March 29, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158236

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTONIO WANYA CRAWFORD,
      Defendant-Appellant.

SC: 158236
COA: 330215
Muskegon CC: 14-065291-FC

_____/

On order of the Court, the application for leave to appeal the June 26, 2018 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals opinion holding that evidence of the 2011 robbery served the proper purpose of showing intent, MRE 404(b)(1). *People v Denson*, 500 Mich 385 (2017). We AFFIRM, however, the Court of Appeals holding that any error in this regard was harmless in light of the overwhelming untainted evidence.

MARKMAN, J. (*concurring*).

I agree with the majority that any error that might have occurred here was harmless and therefore reach the same result. However, for precisely the reason of this harmlessness, I believe it is unnecessary to address whether the Court of Appeals erred in holding that evidence of defendant's previous criminal conduct was admissible under MRE 404(b). Such error is clearly implied by reference to *People v Denson*, 500 Mich 385 (2017), a decision of this Court in which there was both a 404(b) violation and the *absence* of harmless error.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2019



d0326

Clerk